

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-20-00333-CR

**EX PARTE AHMED ZOHAIR**

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2128A-W1
Honorable Jennifer Pena, Judge Presiding

# O R D E R

This is an appeal of the trial court's ruling on a pre-conviction writ of habeas corpus. *See Arreola v. State*, 207 S.W.3d 387, 390 (Tex. App.—Houston [1st Dist.] 2006, no pet.).

Texas Rule of Appellate Procedure 25.2 provides that in a criminal appeal where the defendant is the appellant, "[t]he trial court shall enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order…." TEX. R. APP. P. 25.2(a)(2). "An order denying a pretrial application seeking habeas corpus relief is an appealable order." *Ex parte Stevens*, No. 03-19-00103-CR, 2019 WL 1123457, at *1 (Tex. App.—Austin Mar. 11, 2019, no pet.) (citing *Ex parte Schmidt*, 109 S.W.3d 480, 481 (Tex. Crim. App. 2003)); *accord Arreola*, 207 S.W.3d at 390. Rule 25.2 further provides, "If the defendant is the appellant, the record must include the trial court's certification of the defendant's right of appeal under Rule 25.2(a)(2)," and cautions that "[t]he appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." *Id.* R. 25.2(d). But the Rules of Appellate Procedure also provide for this court to order the trial court to supplement the record with the certification of a defendant's right to appeal. *See* TEX. R. APP. P. 34.5(c)(2); *Cortez v. State*, 420 S.W.3d 803, 807 (Tex. Crim. App. 2013).

Ahmed's habeas appeal is currently submitted to this court for consideration, but the Rule 25.2 form contained in the record does not belong to the trial court's denial of Ahmed's application for writ of habeas corpus. Rather, it belongs to Ahmed's plea proceeding. The record contains no other Rule 25.2 form. *Contra* TEX. R. APP. P. 25.2.

We therefore **abate this appeal** and **order** the trial court to submit a supplemental clerk's record that contains a Rule 25.2 certification of Appellant Ahmed's right to appeal **by May 31, 2022**. *See* TEX. R. APP. P. 25.2, 34.5(c)(2).

It is so **ORDERED** on May 16, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT